**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BILLINGS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**DUSTIN NEIL SAKSA,**<br><br>**Defendant.** | **CR 26-41-BLG-KSL**<br><br>**ORDER** |

Upon the United States' Unopposed Motion to Dismiss the Forfeiture Proceedings (Doc. 47), and good cause thereby appearing,

IT IS HEREBY ORDERED that the United States' Unopposed Motion to Dismiss Forfeiture Proceedings (Doc. 47) is **GRANTED**. The judicial forfeiture action in the above-captioned matter is **DISMISSED with prejudice**.

DATED this 22nd day of September, 2026.

Kathleen Lane
KATHLEEN S. LANE
United States District Court Judge